UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICH LAMAS,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | 26-CV-6331 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 16, 2026, the Court received a notice of voluntary dismissal. (ECF 10.)

The Court: (1) directs the Clerk of Court to accept for filing the notice of voluntary dismissal; and (2) grants the request to withdraw this action.

The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).